Kathryn L. Bain, State Bar No. 15496
BAIN MAZZA & DEBSKI LLP
10300 W. Charleston Blvd., Ste. 13-191
Las Vegas, NV 89135
Telephone: (702) 919-1090
Fax: (650) 763-3933
Email: kbain@bmdlegal.com

Monique Olivier (*Pro Hac Vice*)
Cassidy Clark (*Pro Hac Vice*)
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Tel: (415) 484-0980
Fax: (415) 658-7758
Email: monique@os-legal.com
          cassidy@os-legal.com

Anna D'Agostino (*Pro Hac Vice*)
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Tel: (866) 540-5505
Fax: (866) 300-7367
Email: akdagostino@millershah.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL WARWAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.,<br><br>Defendant. | CASE NO.: 2:23-cv-1367-APG-NJK<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE AND TO DISMISS COUNT 1 OF PLAINTIFF'S COMPLAINT**<br><br>**(First Request)**<br><br>**Local Rule IA 6-1** |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        The parties, by and through their respective counsel, stipulate to the following: Pursuant to

3  Local Rule IA 6-1, the undersigned parties agree to extend Plaintiff Michael Warwas's deadline

4  to file an opposition to Defendant Spirit Airlines, Inc.'s Motion to Transfer Venue and to Dismiss

5  Count 1 of Plaintiff's Complaint [ECF No. 18 and 19] to December 1, 2023, and Defendant's

6  deadline to reply to Plaintiff's opposition shall be reciprocally extended to December 15, 2023.

7  The original filing date of the motion was November 10, 2023, making the original deadline

8  November 24, 2023. Due to other deadlines of counsel and the upcoming holidays, the parties

9  have agreed to a one-week extension of time for Plaintiff's response, and a corresponding one-

10  week extension of time for Defendant's reply. This is the first stipulation for extension of time

11  related to the briefing schedule in question. The instant extension is sought in good faith and will

12  not alter the date of any event or deadline already fixed by court order.

13        Pursuant to Civil Local Rule 6-2, a signature block is provided below.

14

15  Dated: November 21, 2023          /s/ *Monique Olivier*_____

16                                    Monique Olivier (*Pro Hac Vice*)
                                      Cassidy Clark (*Pro Hac Vice*)

17                                    OLIVIER & SCHREIBER LLP
                                      475 14th Street, Suite 250

18                                    Oakland, CA 94612
                                      Tel: (415) 484-0980

19                                    Fax: (415) 658-7758
                                      Email: monique@os-legal.com

20                                            cassidy@os-legal.com

21
                                      Kathryn L. Bain, State Bar No. 15496

22                                    BAIN MAZZA & DEBSKI LLP
                                      10300 W. Charleston Blvd., Ste. 13-191

23                                    Las Vegas, NV 89135
                                      Tel: (702) 919-1090

24                                    Fax: (650) 763-3933
                                      Email: kbain@bmdlegal.com

25

26                                    Anna D'Agostino (*Pro Hac Vice*)
                                      MILLER SHAH LLP

27                                    225 Broadway, Suite 1830
                                      New York, NY 10007

28                                    Tel: (866) 540-5505

                                      1
STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO
TRANSFER VENUE AND TO DISMISS COUNT 1 OF PLAINTIFF'S COMPLAINT

Fax: (866) 300-7367
Email: akdagostino@millershah.com

*Attorneys for Plaintiff MICHAEL WARWAS and the Proposed Class*

/s/ *Ethan Thomas*
Ethan Thomas, Esq., Nevada State Bar No. 12874
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Tel: (702) 862-8800
Email: edthomas@littler.com

Alexander P. Berg, Esq. (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard, Suite 500
Tysons Corner, VA 22102
Tel: (703) 442-8425
Email: aberg@littler.com

Miguel Morel, Esq. (*Pro Hac Vice*)
LITTLER MENDELSON, P.C.
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 400-7500
Email: mamorel@littler.com

*Attorneys for Defendant SPIRIT AIRLINES, INC.*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: November 29, 2023

2

STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO TRANSFER VENUE AND TO DISMISS COUNT 1 OF PLAINTIFF'S COMPLAINT